# Return

| Case No: SW23-8211 | Date and Time Warrant Executed: 4-20-2023   9:34 AM | Copy of Warrant and Inventory Left With: USPS |
|---|---|---|

Inventory made in the presence of:

Postal Inspectors J. Keenan and M. Murrow

Inventory of the property taken and name of any person(s) seized:

A white Express Mail box containing clear plastic bubble wrap, white pillow case, plastic container with lid, clear plastic wrap, and two vacuum sealed plastic bags containing approximately 1675.9 grams of blue pills stamped "M30" of suspected fentanyl.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-20-2023

*Anne E. Anderson* (signature)

Executing officer's signature

Anne E. Anderson

Printed name and title